UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KHINE MYE (BRIAN) AUNG, | CASE NO. SACV 14-909-AJW |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| JEFFREY BEARD, | |
| Respondent. | |

It is hereby adjudged that the petition is denied with prejudice.

Dated: December 15, 2014

_____
Andrew J. Wistrich
United States Magistrate Judge